JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINE SMITH EPLING, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER KOMATHY, <br><br> Defendant. | Case No. CV 10-5862-GAF (RNB) <br><br> JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and that defendant Officer Christopher Komanthy recover his costs.

DATED: December 5, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE