JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINE SMITH EPLING, | Case No. CV 10-5862-GAF (RNB) |
| Plaintiff, | |
| vs. | JUDGMENT |
| OFFICER KOMATHY, | |
| Defendant. | |

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and that defendant Officer Christopher Komanthy recover his costs.

DATED: December 5, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE